## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 10-16221 |
| ) | |
| LEROY J. WRIGHT, ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Jack B. Schmetterer |
| ) | |
| ) | Hearing Date:   May 20, 2010,  11:30 a.m. |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **May 20, 2010**, the undersigned shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge sitting in his stead, and then and there be heard on the **MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR A FINAL ORDER APPROVING THE RELEASE OF CERTAIN CLAIMS**, at which time you may appear if you see fit, and a copy of which is attached and herewith served upon you.

  /s/ Glenda J. Gray
Glenda Gray
LAW OFFICES OF GLENDA J. GRAY
330 N. Wabash Ave.
Suite 2618
Chicago, IL 60611
Telephone: (312) 755-1010

*Attorneys for Leroy Wright*

Name: Wright, Leroy  
Case #: 10-16221

Service List

Date Filed: 04/30/10  
Judge: Schmetterer

Leroy Wright  
31 West 13th Street  
Chicago, Illinois 60605

U.S. Trustee  
219 S. Dearborn  
8th Floor  
Chicago, Illinois 60604

Calliope Capital Corp  
c/o Laurus Capital Mgmnt LLC  
335 Madison Ave - 10th floor  
New York, NY 10017

Chase Auto Finance  
P.O. Box 901032  
Fort Worth, TX 76101-2032

Chase Home Mortgage  
P.O. Box 260180  
Baton Rouge, LA 70826-0181

George Gray  
5142 South Dorchester  
Chicago, IL 60615

Hillary Richard  
Brune & Richard LLP  
80 Broad Street 30th Floor  
New York, NY 10004

Internal Revenue Service  
Centralized Insolvency Operations  
P.O. Box 21126  
Philadelphia, PA 19114

Laurus Capital Mngmt LLC  
335 Madison Avenue  
10th floor  
New York, NY 10017

LV Administrative Services Inc  
335 Madison Ave - 10th floor  
New York, NY 10017

Mary Ann Sung  
Brune & Richard LLP  
80 Broad Street 30th floor  
New York, NY 10004

SKADDEN ARPS SLATE MEAGHER &  
FLOM, LLP  
155 N. Wacker Drive, Suite 2700  
Chicago, IL 60606

Stuart Komrower, Esq  
COLE SCHOTZ MEISEL FORMAN &  
LEONARD  
Court Plaza North/25 Main Street  
Hackensack, NJ 07601

Valens Offshore SPV I, Ltd  
c/o Laurus Capital Mgmt, LLC  
335 Madison Ave - 10th floor  
New York, NY 10017

Valens U.S. SPV I, LLC  
c/o Laurus Capital Mgmt LLC  
335 Madison Ave - 10th floor  
New York, NY 10017

Valens U.S. SPV II, Corp  
c/o LV Administrative Services, Inc  
335 Madison Ave - 10th floor  
New York, NY 10017

Brune & Richard LLP  
80 Broad Street  
30th Floor  
New York, NY 10004

C/O Mary Lautenbach  
Chase Auto Finance, AZ1-1191  
201 N. Central Avenue  
Phoenix, AZ 85004-0073

American Express  
P.O. Box 0001  
Los Angeles, CA 90096-8000

Bank of America  
Customer Service  
P.O. Box 5170  
Simi Valley, CA 93062-5170

Barnes & Thornburg  
11 South Meridian Street  
Indianapolis, IN 46204

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 10-16221 |
| ) | |
| LEROY WRIGHT, ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Jack B. Schmetterer |
| ) | |
| ) | Hearing Date: May 20, 2010, 11:30 a.m. |
| ) | |

**MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR A FINAL ORDER**
**<u>APPROVING THE RELEASE OF CERTAIN CLAIMS</u>**

Leroy Wright ("<u>Mr. Wright</u>" or the "<u>Debtor</u>"), by and through his undersigned counsel, hereby files this motion (the "<u>Motion</u>") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for a final order confirming the release of certain claims by Debtor (the "<u>Final Order</u>", attached hereto as **Exhibit B**). In support of the Motion, Mr. Wright respectfully states as follows:

**<u>BACKGROUND</u>**

1. On April 13, 2010 (the "<u>Petition Date</u>"), Mr. Wright commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code.

2. No creditors' committee has been appointed in these Chapter 11 Cases by the United States Trustee.

3. On April 3, 2010, PPM Technologies Holdings, Inc. ("<u>PPM Holdings</u>") and PPM Technologies Inc. ("<u>PPM Technologies</u>," and together with PPM Holdings, "<u>PPM</u>"), businesses formerly controlled by Mr. Wright, filed for Chapter 11. The Court has ordered these cases jointly administered under Case No. 10-14788.

2

4.     On April 29, 2010, Mr. Wright's case was transferred to Judge Schmetterer.

5.     This Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.     The statutory predicates for the relief requested herein are 11 U.S.C. § 363(b) and Bankruptcy Rule 9019.

7.     Mr. Wright has agreed to release certain claims that have been or could be asserted in a pending case:  <u>PPM Global Corporation, et al. v. LV Administrative Services, Inc., et al.</u>, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 10-cv-01794 (the "<u>Illinois Action</u>"), as well as provide a general release.  In return, Mr. Wright is receiving a qualified release from claims raised against him by Calliope Capital Corporation, Valens U.S. SPV I, LLC, Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., and LV Administrative Services, Inc. (collectively, the "<u>Lenders</u>") in <u>Calliope Capital Corporation, et al. v PPM Technologies Holdings, Inc.</u>, Supreme Court for the State of New York, County of New York, Index No. 600111/10 (the "<u>New York Action</u>") (together, the "<u>Releases</u>").

8.     A compromise constitutes a disposition of property of the estate that must be approved by the bankruptcy court if outside the ordinary course of business.  <u>See</u> 11 U.S.C. § 363(b).  Bankruptcy Rule 9019 sets forth the standard for bankruptcy court approval of compromises of controversies, providing that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."  Fed. R. Bankr. P. 9019(a).

9.     Pursuant to Bankruptcy Rule 9019, Wright has agreed to dismiss the Illinois Action with prejudice, as well as provide a general release to the Lenders, Aurora Management

3

Partners, and John Palmer. Approval of the compromise is within the discretion of the Court, and is warranted where the settlement is found to be reasonable and fair in light of the particular circumstances of the case, as well as in the best interests of the bankruptcy estate. See Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson, 390 U.S. 414, 424-25 (1968); In re American Reserve Corp., 841 F.2d 159, 161 (7th Cir. 1987).

10. The Illinois Action was filed on March 22, 2010. The complaint in the case alleges conspiracy, fraud, slander, and breach of fiduciary duty arising from the retention of Aurora Management Partners and John Palmer's restructuring advice to PPM. The case was initiated at the instance of Wright in response to claims asserted against him by the Lenders. Mr. Wright desires to settle these claims to avoid the cost necessary to litigate them, and to secure a limited release from the Lenders. Securing these mutual releases will undoubtedly provide benefit to the estate, by avoiding costly – and possibly unsuccessful – litigation in the Illinois Action, and limiting the possible extent of the liability of the Debtor in the lawsuit against him in the New York Action.

11. A copy of the proposed final order containing the Releases, filed in PPM's Chapter 11 cases, is attached hereto as **Exhibit A**.

12. The Debtor therefore requests approval of the Releases, including approval to dismiss the Illinois Action.

## NOTICE AND OBJECTION DEADLINE

13. Notice of this Motion will be given to: (a) the Office of the United States Trustee for the Northern District of Illinois; (b) the twenty largest unsecured creditors of each of the Debtors and (c) those persons filing notices of appearance or requests for notice under Bankruptcy Rule 2002 in these Chapter 11 Cases. Mr. Wright submits that, under the circumstances, no other or further notice is required.

## NO PRIOR REQUEST

14. No previous request for the relief sought herein has been made to this or any other court.

## CONCLUSION

WHEREFORE, Mr. Wright respectfully requests that the Court approve the Releases in the Final Order, and grant such other relief as is just and proper.

    /s/ Glenda J. Gray
Glenda Gray
LAW OFFICES OF GLENDA J. GRAY
330 N. Wabash Ave.
Suite 2618
Chicago, IL 60611
Telephone: (312) 755-1010

*Attorney for Leroy Wright*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 10-16221 )  ) |
| LEROY J. WRIGHT, | ) Chapter 11 ) |
| Debtor. | ) Hon. Jack B. Schmetterer ) ) ) |

**FINAL ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING THE**
**<u>RELEASE OF CERTAIN CLAIMS</u>**

THIS MATTER having come before the Court on the Debtor's MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR A FINAL ORDER APPROVING THE RELEASE OF CERTAIN CLAIMS,[1] and having reviewed the Motion and being fully advised on the premises,

IT IS ORDERED:

1. The Motion is GRANTED.

2. The Releases are hereby approved pursuant to Bankruptcy Rule 9019.

3. All claims by the Debtor, against the Lenders and the Lenders' employees, agents, shareholders, officers, directors, managers and affiliates, be and are hereby released and dismissed with prejudice including, but not limited to, the claims which were asserted, or which could have been asserted in the Illinois Action.

Dated: Chicago, Illinois
May __, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.