IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: | Chapter 11 Proceedings

Leroy J. Wright

Case No.: 10-16221

Debtor

Judge: Jack B. Schmetterer

## FINAL ORDER PURSANT TO BANKRUPTCY RULE 9019 APPROVING THE RELEASE OF CERTAIN CLAIMS

THIS MATTER having come before the Court on the Debtor's MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR A FINAL ORDER APPROVING THE RELEASE OF CERTAIN CLAIMS[1] and having reviewed the Motion and being fully advised on the premises, *[handwritten: parties having (all parties having filed no contest) on the Motion]*

IT IS ORDERED:

1. The Motion is GRANTED.

2. The Releases are hereby approved pursuant to Bankruptcy Rule 9019.

3. All claims by the Debtor, against the Lenders*[, Aurora]* and the Lenders'*[ or Aurora's respective]* employees, agents, shareholders, officers, directors, managers and affiliates*[ and John Palmer]* be and are hereby released and dismissed with prejudice including, but not limited to, the claims which were asserted, or which could have been asserted in the Illinois Action. *[All claims relating to the Illinois Action, whether or not asserted, by Aurora or John Palmer against the Debtor are hereby released.]*

4. Entry of this Order confirms Wright's relinquishment of all management and other control and authority over PPM and their subsidiaries, including the resignation of his position as employee, officer, director, and Chairman of the Board of PPM. Wright shall be enjoined from (i) having communications of

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

any nature relating to the business of PPM with PPM's suppliers, creditors and employees without the prior written consent of John Palmer; (ii) taking any actions relative to his stock voting rights or alleged role as a director of PPM, and (iii) taking any action of any nature which relates to or interferes with PPM's businesses and estates or the terms of this Order. Wright shall cooperate with Mr. Palmer and Aurora in transitioning all management responsibilities in accordance with the terms and conditions of this Order.

5. Entry of this Order confirms the irrevocable proxy appointing Neil Anderson, or his successor as company president of PPM, the sole power to vote all shares of PPM in respect of which Wright has voting rights on all matters submitted to, or requiring a vote or consent of, the shareholders of PPM, as described more fully in the *Final Order Pursuant to Bankruptcy Code Section 263 (c) and Bankruptcy Rule 9019 (A) Confirming the Employment of Mr. John L. Palmer as the Debtor's Chief Restructuring Officer and the Removal of Leroy Wright and Confirming the Release of Certain Claims Held by the Debtors*, which was entered on May 13, 2010 by the Bankruptcy Court for Northern District of Illinois in PPM's Chapter 11 Case No. 10-14788 [Docket No. 144].

Dated: 6/10/10

JACK B. SCHMETTERER, JUDGE

JUN 10 2010

LAW OFFICES OF GLENDA J. GRAY
Attorney for Debtor
330 North Wabash, Suite 2618
Chicago, Illinois 60611
(312) 755-1010